AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 641 – Theft of Money of the United States; 18 U.S.C. § 1028A – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

18 U.S.C. § 641 - 10 years imprisonment, 3 years supervised release, $100 special assessment; 18 U.S.C. § 1028A - Mandatory 2 years imprisonment, 1 year supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ CAROLYN V. JOHNSON

DISTRICT COURT NUMBER

E-filing CR07-00489 SBA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA GEORGE L. BEVAN, JR.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

**CR07-00489 SBA**

UNITED STATES OF AMERICA,

v.

CAROLYN V. JOHNSON,

E-filing



FILED
JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 641 - Theft of Money of the United States; 18 U.S.C. § 1028A - Aggravated Identity Theft

A true bill.

_____
Foreman

Filed in open court this 26th day of July, 2007

_____
Clerk

Bail $ No bail/arrest warrant.
Wayne D. Brazil   7-26-07

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (9990SCBN)<br>United States Attorney |
| 2 | |

**FILED**

JUL 26 2007

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN V. JOHNSON,<br><br>Defendant. | No. CR07-00489 SBA<br><br>VIOLATIONS: 18 U.S.C. § 641 – Theft of Money of the United States; 18 U.S.C. § 1028A – Aggravated Identity Theft.<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 641

Beginning no later than in or about September 2001, and continuing until in or about September 2006, in the Northern District of California, the defendant

CAROLYN V. JOHNSON

stole and did knowingly convert to her use money of the United States in an aggregate amount exceeding $62,000, in violation of Title 18, United States Code, Section 641.

//
//
//

INDICTMENT                                1

COUNT TWO: 18 U.S.C. § 1028A

Between in or about September 2004 and continuing until in or about September 2006, in the Northern District of California, the defendant

CAROLYN V. JOHNSON,

during and in relation to a felony violation of 18 U.S.C. § 641, theft and conversion of money of the United States, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name and social security number of her deceased mother, Elsa Cockrell, in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

Dated: July 24, 2007

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch Office

(Approved as to form: _____)
AUSA GEBEVAN JR

INDICTMENT                           2