DOCUMENTS UNDER SEAL ☐                                DOCUMENT NUMBER:

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Ivy Lerma Garcia | | REPORTER/FTR FTR 8/3/07 10:02:58-10:23:03 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 8/3/07 | | NEW CASE ☐ | CASE NUMBER CR-07-00489-SBA |

### APPEARANCES

| DEFENDANT CAROLYN V. JOHNSON | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT John Paul Reichmuth | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Maureen Bessette for George Bevan, Jr. | INTERPRETER None | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD    TYPE NH IN TIME FIELD)

| ☒ time | INITIAL APPEAR 14 Mins HELD | ☐ time | PRELIM HRG | ☐ time | MOTION | ☐ time | JUGM'T & SENTG | ☐ time | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ time | I.D. COUNSEL | ☒ time | ARRAIGNMENT 7 Mins HELD | ☐ time | BOND SIGNING | ☐ time | IA REV PROB. or S/R | ☐ time | BAIL REVIEW |
| ☐ time | DETENTION HRG | ☐ time | ID/REMOVAL HRG | ☐ time | CHANGE PLEA | ☐ time | PROB. REVOC. | ☐ time | SUP REL HRG |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
AUG - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $50,000 PR UNSECURED | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH    $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO BOTH 2 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/9/07 | ☒ APPOINT KB. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

BET. NOW & UNTIL 9/4/07
FOR EFFECTIVE PREP. OF COUNSEL

### ADDITIONAL PROCEEDINGS

Case also set next bef. Judge S.B. Armstrong on 9/4/07 at 9:00 a.m. for Status/Trial Setting.
AFPD J.P. Reichmuth told Court that the deft's fin. affidavit form was only partially filled out bec. he still needs to get addt'l. info. as to the value of joint property of the deft. & her spouse. The Court said that after Mr. Reichmuth gets all the addt'l. fin. info. of the deft., if Mr. Reichmuth believes that the deft. will not qualify for a court apptd. counsel, the deft. must appear bef. this Court on 8/9/07 at 10:00 a.m. but if he believes that she'll qualify for a court apptd. counsel, the hrg. date set on 8/9/07 at 10:00 a.m. will be vacated and the deft. must appear instead bef. this Court set on 9/4/07 at 10:00 a.m. for submission of fin. affidavit & appoint. of counsel.
cc:  WDB's Stats,  Lisa Clark