# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 7, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Carolyn Johnson, CR 07-00489-SBA**

Dear Judge Brazil:

    I write to inform the court that it appears that Ms. Johnson will qualify for appointed counsel, and that there is therefore no need for an appearance on August 9, 2007 for status on identification of counsel. The court indicated it would vacate this date, unless it appeared to be a close question. The issue was raised due to Ms. Johnson's connection to two pieces of real estate. The first is local and is occupied and co-owned with Lonnie Johnson, Ms. Johnson's husband. It does not appear that Ms. Johnson has had much connection with that house in the last 13 years. While she may have some entitlement to it, it would not be available without a great deal of litigation, I would suspect. Since she has no earnings, a home equity loan would not be possible, leaving the possibility only of some sort of court ordered division of the equity or forced sale. The other property in Texas was supposedly passed down to Ms. Johnson and her brother. Like the first piece, this property is occupied by someone who has allegedly been maintaining and paying for the property, without any contribution from Ms. Johnson, for 13 years; thus, freeing any equity would be very difficult. We are not waiving any interest she may have in either property, but realistically these are not viable sources of funds, at present. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:   George L. Bevan, AUSA