~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Carolyn JOHNSON

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00489 SBA - 1

DATE: August 23, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
U.S. Pretrial Services Officer Specialist

510-637-3752
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **4** on **9/4/07, TUESDAY** at **10:00 a.m.**

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER (signed Wayne D. Brazil)

DATE: 8-27-07

cc: WDB's stats, copy to parties (cover sheet only) via ECF, USA, Pretrial, Financial

Cover Sheet (12/03/02)