1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 12th St., Ste 650
Oakland, CA 94607
4 | Tel. 510-637-3500

5 | Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00489-SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR |
| v. | ) | CONTINUANCE AND EXCLUSION |
| | ) | OF TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| CAROLYN JOHNSON, | ) | SEQ. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of September 18, 2007, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for October 2, 2007 at 9:00 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this continuance are as follows: The defense is still reviewing 300 pages of discovery provided in this case and needs a short additional period of time for review, prior to deciding how to proceed. For the foregoing reasons, the parties stipulate that

1  the ends of justice served by the continuance requested herein outweigh the best interests of the
2  public and the defendant in a speedy trial because the failure to grant such a continuance would
3  unreasonably deny counsel for the defendant the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.

8  DATED:                                        /S/

10                                        _____
                                          GEORGE L. BEVAN
                                          Assistant United States Attorney

13  DATED:
                                                /S/
14                                        _____
                                          JOHN PAUL REICHMUTH
15                                        Assistant Federal Public Defender

17  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signatures (/S/) within this e-filed document.