BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,                   )<br>                                                              )<br>       v.                                                 )<br>                                                              )<br>                                                              )<br>CAROLYN JOHNSON,                    )<br>                                                              )<br>                    Defendant.                )  | No. CR 07-00489-SBA<br><br>[PROPOSED]<br>ORDER FOR CONTINUANCE AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161 ET SEQ. |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from September 18, 2007 until October 2, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review discovery, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective

1  preparation, taking into account due diligence.

2      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy

3  trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from September 18 until October 2, 2007.

4      IT IS FURTHER ORDERED that the STATUS HEARING date of September 18, 2007,

5

6  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for

7  October 2, 2007 at 9:00 a.m.

8  DATED:

9

                                  _____

10                                   HON. SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26