BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00489-SBA |
| Plaintiff, ) | |
| ) | STIPULATION FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| CAROLYN JOHNSON, ) | SEQ. |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of November 27, 2007, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for December 18, 2007 at 9:00 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this continuance are as follows: The defense is still reviewing this case and needs a short additional period of time for review, prior to deciding how to proceed. The remaining discovery items, including further defendant's statements and a new Rap

- 1 -

sheet have been provided by the government. A written plea offer was made to Ms. Johnson on November 24, 2007, and counsel needs additional time to review it and discuss it with Ms. Johnson. Furthermore, defense counsel is unavailable on December 11, 2007. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: November 26, 2007

_____/S/_____
GEORGE L. BEVAN
Assistant United States Attorney

DATED: November 26, 2007

_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender