1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00489-SBA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE AND |
| | ) | EXCLUSION OF TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| CAROLYN JOHNSON, | ) | 3161 ET SEQ. |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from November 27, 2007 until December 18, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review discovery and to research and discuss the new plea offer with the defendant, and defense counsel unavailability on December 11, 2007, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time

- 1 -

1  necessary for effective preparation, taking into account due diligence.

2  Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy

3  trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from November 27 until December 18, 2007.

4  IT IS FURTHER ORDERED that the STATUS HEARING date of November 27, 2007,

5

6  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong is vacated and reset for

7  December 18, 2007 at 9:00 a.m.

8  DATED: 11/26/07

9  _____

10  HON. SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE

**DENIED**

Judge Saundra B. Armstrong

- 2 -