UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:11/27/07

CR 07-00489SBA                                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOHNSON**                              Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>GEORGE BEVAN</u>                         <u>JOHN PAUL REICHMUTH</u>
U.S. ATTORNEY                             ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark           <u>STARR WILSON</u>
                                              Court Reporter

 Interpreter                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:  STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  <u>12/19/07</u>  for Change of Plea @ 9:00 a.m.
cc: