**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 12/18/07

CR 07-00489SBA        JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOHNSON**        Present (x) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>GEORGE BEVAN</u>        <u>JOHN PAUL REICHMUTH</u>
 U.S. ATTORNEY        ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark        <u>DIANE SKILLMAN</u>
                    Court Reporter

 Interpreter                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF COUNSEL AND ADEQUATE PREPARATION OF COUNSEL UNTIL 1/16/08**

                            **JUDGMENT:**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___ Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u>1/16/08</u> for Change of Plea @ 9:00 a.m.
cc: