1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CABN 194542)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3924
7      FAX: (510) 637-3724
       Email: chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION


   UNITED STATES OF AMERICA,        )    No. CR 07-00489 SBA
                                    )
         Plaintiff,                 )    NOTICE OF SUBSTITUTION OF
                                    )    COUNSEL FOR THE UNITED STATES
      v.                            )
                                    )
   CAROLYN V. JOHNSON,              )
                                    )
         Defendant.                 )
                                    )

        TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

   NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:


        PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of

   Chinhayi J. Coleman, Assistant United States Attorney, and to withdraw the appearance of

   George L. Bevan, Jr., the Assistant United States Attorney who was formerly assigned to

   represent Plaintiff United States of America in this case. The Clerk is requested to change the

   docket sheet and other Court records so as to reflect that all Orders and communications from the

   Court will in the future be directed to AUSA Chinhayi J. Coleman at the above mailing address,

   SUBSTITUTION OF ATTORNEYS
   CR 07-00489 SBA

1 | telephone number, facsimile number and e-mail address.

2

3 | DATED: January 8, 2008               Respectfully submitted,

4 |                                       JOSEPH P. RUSSONIELLO
                                          United States Attorney
5

6

7 |                                        _____/s/_____
                                          CHINHAYI J. COLEMAN
                                          Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
CR 07-00489 SBA