BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00489-SBA |
| Plaintiff, ) | |
| ) | STIPULATION FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| CAROLYN JOHNSON, ) | SEQ. |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of January 16, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for January 29, 2008 at 11:00 a.m. for STATUS OR CHANGE OF PLEA.

   The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this short continuance are as follows: The defense needs time to provide additional mitigating information to new government counsel, including

- 1 -

details and contact information pertinent to another proceeding in which Ms. Johnson appeared pursuant to subpoena. New government counsel has recently taken over this case. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: 1/17/08                                         /S/

                                                      _____
                                                      CHINHAYI COLEMAN
                                                      Assistant United States Attorney


DATED: 1/17/08                                         /S/

                                                      _____
                                                      JOHN PAUL REICHMUTH
                                                      Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.