1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant JOHNSON

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                )
12                                           )   No. CR 07-00489-SBA
                          Plaintiff,         )
13                                           )   [PROPOSED]
14            v.                             )   ORDER  FOR CONTINUANCE AND
                                             )   EXCLUSION OF TIME UNDER THE
15                                           )   SPEEDY TRIAL ACT, 18 U.S.C. §
   CAROLYN JOHNSON,                          )   3161 ET SEQ.
16                                           )
                          Defendant.         )
17   _____)

18

19                              **ORDER**
        Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:
20
        1. The ends of justice served by the granting of the continuance from January 16, 2008 until
21
   January 29, 2008 outweigh the best interests of the public and the defendant in a speedy and public
22
   trial because additional investigation and review are necessary to the defense preparation of the
23
   case.
24
        2.  Given counsel's need to provide mitigating information to government counsel, and given
25
   government counsel's very recent appearance in this case, the failure to grant the requested
26

                                        - 1 -

continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from January 16, 2008 until January 29, 2008.

IT IS FURTHER ORDERED that the STATUS/CHANGE OF PLEA HEARING date of January 16, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for January 29, 2008 at 11:00 a.m.

DATED:

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE