BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00489-SBA |
| Plaintiff, ) | |
| v. ) | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| CAROLYN JOHNSON, ) | |
| Defendant. ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 16, 2008 until January 29, 2008 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to provide mitigating information to government counsel, and given government counsel's very recent appearance in this case, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for

- 1 -

1  effective preparation, taking into account due diligence.

2      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy

3  trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from January 18, 2008 until January 29, 2008.

4      IT IS FURTHER ORDERED that the STATUS/CHANGE OF PLEA HEARING date of

5  January 16, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be

6

7  vacated and reset for January 29, 2008 at 11:00 a.m.

8  DATED:1/18/08

9

                _____
10                 HON. SAUNDRA BROWN ARMSTRONG
                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26