UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 1/29/08

CR 07-00489SB        JUDGE: **SAUNDRA BROWN ARMSTRONG**

**CAROLYN JOHNSON**              PRESENT (X Not Present ( ) In Custody ( )
   DEFENDANT(S)


 **CHINHAYI COLEMAN**              **JOHN PAUL REICHMUTH**
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark         **RAYNEE MERCADO**
                                      Court Reporter


 Interpreter                        Probation Officer
                           **PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF GOVERNMENT COUNSEL UNTIL 2/19/08**


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to** _____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** _____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to** _____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to  2/19/08  for Change of Plea @ 11:00 a.m.**
**cc:**