~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | FILED<br>FEB 1 2 2008 | RE: | Carolyn JOHNSON |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | DOCKET NO.: | CR07-00489 SBA - 1 |
| DATE: | February 11, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Victoria Gibson__  __510-637-3752__
U.S. Pretrial Services Specialist   TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____    Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ **Modification(s)** [initialed WDB]

A. The defendant shall reside at Center Point's transitional housing, and she shall not change residence without the prior approval of Pretrial Services.

B. All other release conditions shall remain as originally imposed by the Court.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

__Wayne D. Brazil__ [signature]   __2-12-08__
JUDICIAL OFFICER              DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, USA, Pretrial, Financial

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Victoria Gibson<br>U.S. Pretrial Services Specialist |
| **Subject:** | Carolyn JOHNSON<br>CR07-00489 SBA - 1 |
| **Date:** | February 11, 2008 |



# MEMORANDUM

Your Honor,

The above-named defendant is charged in an Indictment with violations of Title 18, United States Code, Section 641 - Theft of Money of the United States; and Title 18, United States Code, Section 1028A - Aggravated Identity Theft. She was ordered released by Your Honor on August 3, 2007, on a $50,000 unsecured bond with Pretrial Services supervision and numerous special conditions, including residential drug treatment.

**ADJUSTMENT TO SUPERVISION:** After a bumpy start to her pretrial supervision (positive drug tests and issues with the first residential drug treatment program she entered), Ms. Johnson is nearing graduation from Center Point's residential drug treatment program. Additionally, she recently secured employment at Safeway in San Anselmo, California.

This officer encouraged the defendant to enter Center Point's transitional housing program following her graduation from the residential portion of their program. Ms. Johnson and Center Point staff decided that this was the best plan for her transition into the community, and as such, they have made arrangements for Ms. Johnson to move to the transitional house on Friday February 15, 2008. The house is located at 519 Belle Avenue, San Rafael, California. She will be expected to continue working, attend three groups per week at the house (in addition to outside Narcotics Anonymous meetings), and call Center Point's drug testing line on a daily basis.

The defendant is scheduled for a change of plea hearing on February 19, 2008, before the Honorable Saundra B. Armstrong, U.S. District Judge.

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: CAROLYN JOHNSON				DOCKET: CR07-00489 SBA 1
PAGE 2

**RECOMMENDATION:** In light of Ms. Johnson's graduation from residential drug treatment, Pretrial Services respectfully requests that her bond be modified to allow her to reside at Center Point's transitional housing program.

This memorandum is presented for Your Honor's information and consideration.

Respectfully submitted,

VICTORIA GIBSON, U.S. Pretrial
Services Specialist

Reviewed by:

SILVIO LUGO, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:   John Paul Reichmuth, FPD
      George Bevan, AUSA