UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER                                    CR-07-00489 SBA
DEFENDANT'S NAME                          CAROLYN V. JOHNSON
DEFENDANT'S COUNSEL                    JOHN PAUL REICHMUTH
DUE DATE                              JUNE 3, 2008 @ 10:00 AM

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| _____ | Pre-Plea Presentence Investigation |
| ____X____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office, Room 220S, 2nd Floor** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: ___*Lisa R. Clark*___
         Lisa R. Clark, Deputy Clerk
Dated:2/19/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:*_____]
Defendant's address: _____

                         _____

                         _____