UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: 2/19/08

CR 07-00489SBA                                     JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOHNSON**                                       Present (X) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

<u>CHINHAYI COLEMAN</u>                          <u>JOHN PAUL REICHMUTH</u>
U.S. ATTORNEY                                    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                       <u>RAYNEE MERCADO</u>
                                                  Court Reporter

Interpreter                                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   CHANGE OF PLEA - HELD

**RESULT OF HEARING:**   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to**_____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to   6/3/08      for Judgment & Sentencing as to Count(s)   1    of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____ **for Change of Plea @ 11:00 a.m.**
**cc:**