# Attachments to Defendant's Sentencing Memorandum

<u>**U.S. v. Carolyn Virgil Johnson**</u>
CR-07 00489 SBA

May 27, 2008

To the Honorable Judge Armstrong;

I, Samuel Johnson, son to Carolyn V. Johnson, do declare that I am happy concerning the present situation of my mother's lifestyle or recovery standpoint. I have long hoped to see my mother come to a stable and acceptable estate within our society, and moreover before us, her children. Now, I can comfortably say that she has put the efforts forth to prove that she is capable of doing so. Such as now, my mother is employed and therefore can provide payment for her personal business and responsibilities.

In conclusion to all that I have stated, I am glad and thankful to know and see my mother in a healthy condition (mentally and physically). I've always cared and hoped that she would come to a point of seeing how important her life is not only to herself, but to the people who truly do care for her and have come to know her again in a pleasing estate.

So then, to the courts who will be judging my mother, I would ask that mercy be granted her for, if nothing else, the point of her present recovery condition and the good deeds that she is taking on presently.

Thank you ever so kindly Honorable Judge Armstrong.

Sincerely,

Samuel Johnson

May 27, 2008

To Honorable Judge Armstrong,

    I, Joseph Johnson, son of Carolyn V. Johnson, do submit a letter of certification for my mother concerning her improvement since she has been under close watch by enforced authority. In this short statement I do hope to shed some light on my mother, Carolyn V. Johnson and her determination to better herself. But, not just only as an individual who is ready to enter back into the public eye and workforce but, also as a mother coming to terms with her neglect towards her children, whom she loves very much, I'm sure; and will do what is necessary to reestablish her relationship with us and her family.

    My mother, Carolyn Johnson was, before her addiction, a decent mother and wife. She worked hard, cooked, cleaned, laughed and enjoyed her family through and through. We knew her before the drugs or anything else that has taken place.

    Well, honorable judge and/or courts, I am thankful for the life of my mom, that she would have an opportunity to change. It's good to see that my mother is recovering from her past so well and showing her family and others viewing, that she is capable of being stable in her life and continuing on that straight path as it is. I am so proud that through all of my mother's hardships, trials, and errors she has been granted to make a changer in her life for the greater good and be able to show characteristics of sincerity as well.

    Since her recent improvement, she has shown herself clear-headed, clean and sober, keeping good communication and taking care of herself naturally. She has been enjoyed by family and friends just for the fact that she can be looked upon and viewed as a person whose intent is and has been to change and become a better individual for may reasons. I can't tell you how much of a relief it is to me and her family that she is on this route of redemption as it seems so much that we do not have to worry weather she will have the chance to see her children mature and see her grandchildren to come. It is a happy day to know that my mother will not leave this world because of self-abuse or unhappiness. But, he will continue the rest of her days as a good and decent woman; a mother enjoying what God has ordained for her, whichever way things may turn out for her.

    I only ask that the Judge and Courts look closely and do what they deem necessary for my mother's well being. Either way, we hope to see her in her right mind and natural state, as we once did, from this day forth.

Sincerely,

Joseph Johnson

May 27, 2008

To Honorable Judge Armstrong:

    I, Daniel Johnson, son of Carolyn V. Johnson, do hereby declare that my mother has made some decisions, choices, and mistakes in her life that have been harmful to herself and others that were affected in some way by her thoughts to do certain things. And, with that having been said, I am proud to say that Carolyn, my mother, has come a long way from her past to her present with persistence an courage to change and make her life better.

    Having had the time and opportunity to be around her, I am certain that she has made great accomplishments for herself.

    I am glad that my mother has come to an understanding that I do love her, as well as the rest of her family. And she has our full support and loving concern. I know we all have made mistakes that we wish we could take back; that is just one of the humanly attributes people have. Nevertheless, the responsibility of her actions must be addressed. But, I would ask that it be judged with compassion and concern for the sake of her family who care for her.

Sincerely,

Daniel Johnson

May 27, 2008

To Honorable Judge Armstrong:

I, Eleazar Johnson, son of Carolyn V. Johnson, do write a statement of confession in regards of the estate of my mother as I see it. There was a time when my mother's life was not so very complicated. In all that I have seen and have witnessed of my mother's many challenges, things that she had to overcome; I can see she has become a better person in life. So I conclude to say I am very pleased with my mother and happy to see that she is doing much better.

Sincerely, Her Son,

Eleazar Johnson

*Eleazar Johnson* (signature)

US DISTRICT COURT

5-26-2008

Dear Honorable Judge Armstrong,

I, Micha Johnson, daughter of Carolyn V. Johnson, do write a statement of certification towards the fact that my mother, Mrs. Johnson, is a much more settled and/or stable individual who has shown much improvement within her personal life. I can say that I've witnessed many challenges of difficulties with my mother which caused her to be distant from us, her children, and so far I am happy to see her make a turn-around in coming back to being a mother/friend to us her children!

Furthermore, she is doing well to maintain a job and to even be able to stay upon deadlines of personal business(like as payments towards bills and housing responsibilities). In my conclusion, I can say that I am pleased to see how far my mother has come back and that my hope for her is that she continue to do as well as she is doing!

Thank you Honorable Judge for your time and patience,

Sincerely,

Micha Johnson
*Micha Johnson* (signature)

US DISTRICT COURT

5-26-2008

Dear Honorable Judge Armstrong,

I, Lonnie Johnson, husband of Carolyn V. Johnson, do ask concerning the matter of Carolyn V. Johnson to be judged before a court of Law; that the court would show mercy to her against all her indiscretions and unlawful deeds that she has committed while being under the influence of drugs, depressions, and other forces that have caused her to be less than an honorable citizen in our society.

I've always thought she was a plus to society. She has always shown herself ready to help any person in need of her help within that of her power.

Unfortunately, forces beyond our comprehension tend to drive us as humans in wayward directions in which we would otherwise not go. It is probably one of the reasons I have not divorced her. So, if the court can show mercy to Carolyn V. Johnson, They/It would be generous to spare an unfortunate being from her despair.

Sincerely,

Lonnie Johnson

*Lonnie Johnson* (signature)

May 27, 2008

To Whom it Concerns:

The Tatmon and Johnson families have been together since 1980. Carolyn has been a very special part of our lives. As with so many of us, obstacles and poor judgment has caused Carolyn to go away from us for a time, but, since she has gone into rehabilitation within the last year or so, we have been quite pleased with what we've seen of her. She has kept in contact with her family and friends and has shown every effort to improve her life. We would hope for her that she would be able remain in the capacity of being able to come and visit with her family and friends and become strong again in what makes her right for society.

I have attended to the care of her children from birth to the eldest who is now twenty-five years of age. It would be pleasing to see her have a chance to become healthy and morally strong. So, my desire would be to see her helped by the leniency of the court.

Sincerely,

A friend; Mrs. Monique Tatmon

*Monique Tatmon*