**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 28, 2008

*By e-filing and hand delivery*

The Honorable Saundra Brown Armstrong
Senior United States District Judge
Northern District of California
1301 Clay Street, Chambers 390C
Oakland, CA 94612

Re:   *United States v. Carolyn Virgil Johnson,*
      07-CR-00489-SBA

Dear Judge Armstrong:

Ms. Johnson is scheduled for sentencing on Tuesday, June 3, 2008. Enclosed for the Court's review and consideration at sentencing is a letter from Ms. Johnson's supervisor at Safeway in San Anselmo, California. I apologize for not submitting this letter with the sentencing memorandum that we filed yesterday.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

ANGELA M. HANSEN
Assistant Federal Public Defender

Enclosure

cc:   Chinhayi Coleman, AUSA

May 23, 2008

To Judge Armstrong,

This is a recommendation for Carolyn Johnson. I am the temporary manager of the Home Shopping section of Safeway Stores (Red Hill Store in San Anselmo, CA).

Ms Johnson is a very hard worker. She arrives on time for her shifts. She is thorough & conscientious. We like her very much — professionally & personally & want her to continue to be a part of the Home Shopping team.

Sincerely,

Judith W Moore