**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/3/08

CR 07-00489SBA                        JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOHNSON**                            Present (X) Not Present ( ) In Custody ( )
     **DEFENDANT(S)**

 <u>CHINHAYI COLEMAN</u>                  <u>  ANGELA HANSEN          </u>
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark            <u>  DIANE SKILLMAN       </u>
                                           Court Reporter

<u>                        </u>            <u>  CONNIE COOK           </u>
 Interpreter                               Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: JUDGMENT & SENTENCING AS TO CT. 1 OF THE INDICTMENT - HELD**

**RESULT OF HEARING: GOVERNMENT'S MOTION TO DISMISS CT. 2 - GRANTED; DEFENDANT TO SELF-SURRENDER ON 7/18/08**

**JUDGMENT: 15 MONTHS BOP; 3 YEARS S/R; $100.00 S/A; $150,000.00 RESTITUTION SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: