1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-00489 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION |
| v. | ) ) | STATUS HEARING DATE TO JULY 27, 2010 AND ORDER |
| CAROLYN V. JOHNSON, | ) ) | |
| Defendant. | ) ) | Hearing Date: June 15, 2010 Time:          9:00 a.m. |

The above-captioned matter is set on June 15, 2010 before this Court for a status hearing on a supervised release violation based on an allegation in a Probation Form 12 Petition that Ms. Johnson tested positive for drugs and missed counseling sessions. The parties jointly request that the Court continue the matter to July 27, 2010 at 9:00 a.m. for a status hearing so that the Probation Office can produce evidence of the violations to the parties and to give Ms. Johnson additional time in a drug treatment program that she entered when the Petition was filed.

In 2008, Ms. Johnson was convicted of theft of government property (18 U.S.C. § 641). On June 3, 2008, the Court sentenced Ms. Johnson to 15 months custody and to 3 years of supervised release. Ms. Johnson was released from custody in August 2009 at which point her supervision term began.

In late February 2010, Probation submitted a Form 12 to the Court alleging that Ms. Johnson tested positive for drugs. Probation further alleged that Ms. Johnson missed several counseling appointments. The Court issued a summons, and Ms. Johnson appeared before Magistrate Judge Beeler on March 1, 2010. Shortly before her initial appearance, Ms. Johnson had entered a residential drug treatment program where she remains today. The parties respectfully request that the Court set this matter over until July 27, 2010 to give Ms. Johnson additional time in this drug treatment program before the parties ask the Court to resolve the allegations in the petition. Additionally, defense counsel has requested, and Probation has agreed to provide, evidence of the alleged violations, including detailed lab reports. Once this evidence is produced, the parties will need time to examine and investigate the evidence of the alleged violations.

Probation Officer Michelle Nero informed defense counsel that she is in agreement with this stipulated request to continue Ms. Johnson's case. Because this case involves an allegation that Ms. Johnson violated the terms of her supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: June 9, 2010                             /S/
                                         CHINHAYI C. CADET
                                      Assistant United States Attorney

DATED: June 9, 2010                             /S/
                                         ANGELA M. HANSEN
                                      Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ ANGELA M. HANSEN

Stip. Req. To Continue Supervised Release Status
Hearing , No. CR-07-00489 SBA                    2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Ms. Johnson violated the terms of her supervised release by testing positive for drugs and missing counseling sessions;

2. Given that Ms. Johnson is currently in a residential drug treatment program;

3. Given that the parties agree that Ms. Johnson should spend additional time in the drug program before this case is resolved;

4. Given that Probation has agreed to produce evidence of the alleged supervised release violations to the parties, and that the parties need time to review and investigate the evidence provided; and

5. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the status hearing date set for June 15, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated, and this matter is reset to July 27, 2010, at 9:00 a.m. for a status hearing.

DATED:6/14/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge