BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-00489 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED REQUEST TO SET SUPERVISED RELEASE VIOLATION ADMISSION AND DISPOSITION HEARING DATE ON SEPTEMBER 14, 2010 AND ORDER |
| v. | ) ) ) | |
| CAROLYN V. JOHNSON, | ) ) | |
| Defendant. | ) ) ) | Hearing Date: August 5, 2010<br>Time: 2:00 p.m. |

The above-captioned matter is set on August 5, 2010 before this Court for a status hearing on a supervised release violation based on an allegation in a Probation Form 12 Petition that Ms. Johnson tested positive for drugs and missed counseling sessions. The parties jointly request that the Court set this supervised release matter on the Court's September 14, 2010 calendar at 10:00 a.m. for admission and disposition.

In 2008, Ms. Johnson was convicted of theft of government property (18 U.S.C. § 641). On June 3, 2008, the Court sentenced Ms. Johnson to 15 months custody and to 3 years of supervised release. Ms. Johnson was released from custody in August 2009 at which point her supervision term began. In late February 2010, Probation submitted a Form 12 to the Court alleging that Ms. Johnson tested positive for drugs.

1    It is respectfully requested that the Court set this matter over until September 14, 2010 to
2    give Probation and the parties sufficient time to prepare memoranda for the Court. If this matter
3    is scheduled on the Court's September 14 calendar, Ms. Johnson will admit to allegations in the
4    petition and would hope to be sentenced by the Court at that time. Defense counsel spoke to the
5    assigned probation officer in this case, Michelle Nero, and Ms. Nero advises that she is available
6    on September 14, 2010 and can file a violation memorandum for the Court by August 31, 2010,
7    two weeks before the proposed disposition date. The parties stipulate and agree to submit any
8    sentencing memorandum to the Court by September 7, 2010, giving the Court a week to consider
9    the parties' proposed disposition of this case.
10   Because this case involves an allegation that Ms. Johnson violated the terms of her
11   supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
12   apply.

14   DATED: July 29, 2010                    /S/
                                        CHINHAYI C. CADET
15                                      Assistant United States Attorney

17   DATED: July 29, 2010                    /S/
                                        ANGELA M. HANSEN
                                        Assistant Federal Public Defender

19   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.        /S/ ANGELA M. HANSEN

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Ms. Johnson violated the terms of her supervised release;

2. Given that Ms. Johnson plans to admit to allegations in the Petition;

3. Given that the Probation office will prepare a violation memorandum for the Court by August 31, 2010, and the parties will submit sentencing memoranda by September 7, 2010;

4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the August 5, 2010 status date in this matter is vacated and reset before the Honorable Saundra Brown Armstrong on September 14, 2010 at 10:00 a.m. for admission and disposition.

DATED:_8/3/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge