BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN V. JOHNSON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 07-00489 SBA <br><br> STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION ADMISSION AND DISPOSITION HEARING DATE TO OCTOBER 5, 2010 AND ORDER <br><br> Hearing Date: September 14, 2010 <br> Time:             10:00 a.m. |

The above-captioned matter is set on September 14, 2010 before this Court for an admission and disposition hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Ms. Johnson tested positive for drugs, missed counseling sessions, and did not successfully complete a drug treatment program. The parties jointly request that the Court continue this supervised release matter by three weeks to the Court's October 5, 2010 calendar at 10:00 a.m. for an admission and disposition hearing.

In 2008, Ms. Johnson was convicted of theft of government property in violation of 18 U.S.C. § 641. On June 3, 2008, the Court sentenced Ms. Johnson to 15 months custody and to 3 years of supervised release. Ms. Johnson was released from custody in August 2009 at which point her supervision term began. In late February 2010, Probation submitted a Form 12 Petition

1  to the Court alleging that Ms. Johnson tested positive for drugs, among other allegations.

2  It is respectfully requested that the Court set this matter over for three weeks, until
3  October 5, 2010, to give Probation sufficient time to place Ms. Johnson into an intensive
4  inpatient residential drug treatment program.  This continuance will also give Probation and the
5  parties sufficient time to prepare memoranda for the Court and to negotiate any disposition that
6  may be presented to the Court.  If this matter is scheduled on the Court's October 5, 2010
7  calendar, Ms. Johnson will admit to allegations in the petition and would request for the Court
8  to sentence her at that time.  Defense counsel communicated with the assigned probation officer
9  in this case, Michelle Nero, and Ms. Nero advises that she is available on October 5, 2010 and
10 can file a violation memorandum for the Court by September 21, 2010, two weeks before the
11 proposed disposition date.  The parties stipulate and agree to submit any sentencing
12 memorandum to the Court by September 28, 2010, giving the Court a week to consider the
13 parties' proposed disposition of this case.

14 Because this case involves an allegation that Ms. Johnson violated the terms of her
15 supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
16 apply.

17

18 DATED: September 7, 2010                     /S/
                                              CHINHAYI C. CADET
19                                            Assistant United States Attorney

20
   DATED: September 7, 2010                     /S/
21                                            ANGELA M. HANSEN
                                              Assistant Federal Public Defender
22

23 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this e-filed document.                    /S/ ANGELA M. HANSEN
24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Ms. Johnson violated the terms of her supervised release;

2. Given that Ms. Johnson plans to admit to allegations in the Petition;

3. Given that the Probation office would like additional time to try to place Ms. Johnson into an intensive inpatient residential treatment program, and that the parties would like additional time to prepare sentencing papers for the Court;

4. Given that Probation will prepare a violation memorandum for the Court by September 21, 2010, and the parties will submit sentencing memoranda by September 28, 2010;

5. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the September 14, 2010 admission and disposition hearing date in this matter is vacated and reset to October 5, 2010, at 10:00 a.m., before the Honorable Saundra Brown Armstrong for an admission and disposition hearing.

DATED: 9/8/10

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge